UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA WELCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:06-cv-641-RLY-DML |
| | ) |
| ELI LILLY & COMPANY | ) |
| | ) |
| Defendants. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

On September 29, 2010, the Court entered its "Entry Following September 21, 2010 Pretrial Conference" (Docket # 541). Paragraph 11 of the entry provides, "The court will retain jurisdiction over this consolidated action for 95 days following the date of this Entry, in order to effectuate the provisions of this Entry. After 95 days, this consolidated action will be administratively terminated." Accordingly, this action is now administratively closed. The Clerk is directed to close this cause of action.

Dated: 03/23/2011

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Sent through CM/ECF to:

**Marcia E. Avery-Hanley**
LAW OFFICE OF MARCIA E. AVERY-HANLEY
mhanleylegal@yahoo.com,mosetta16@yahoo.com

**Ellen E. Boshkoff**
BAKER & DANIELS
ellen.boshkoff@bakerd.com,paula.calhoun@bakerd.com,toni.everton@bakerd.com

**Franklin E. Breckenridge , Sr**

breckenridge1219@comcast.net

**Robert Thomas Dassow**
HOVDE DASSOW & DEETS LLC
rdassow@hovdelaw.com,neisele@hovdelaw.com

**Joseph F. DeBelder**
HENRICHSEN SIEGEL, P.L.L.C.
jdebelder@hslawyers.com,cboykin@hslawyers.com

**Amy Ficklin DeBrota**
THE DEBROTA LAW FIRM LLC
amy@debrotalaw.com,donyelle@debrotalaw.com

**Neil L. Henrichsen**
HENRICHSEN SIEGEL PLLC
nhenrichsen@HSLawyers.com

**Krissy A. Katzenstein**
BAKER & DANIELS - Indianapolis
krissy.katzenstein@bakerd.com,maricia.wilson@bakerd.com,kakatzenstein@gmail.com

**Natalie M. Koss**
HENRICHSEN SIEGEL, P.L.L.C.
nkoss@hslawyers.com,ccaranna@hslawyers.com

**Martha M. McBrayer**
MORELLI RATNER, PC
mmcbrayer@morellilaw.com

**Felicia Medina**
SANFORD WITTELS & HEISLER, LLP
fmedina@nydclaw.com

**Benedict P. Morelli**
MORELLI RATNER, PC
bmorelli@morellilaw.com

**D. Lucetta Pope**
BAKER & DANIELS-SOUTH BEND
lucetta.pope@bakerd.com,andrew.murphy@bakerd.com,alicia.cummins@bakerd.com,melissa.bozzuto@bakerd.com

**David S. Ratner**
MORELLI RATNER, PC
dratner@morellilaw.com

**David L. Rose**
ROSE & ROSE PC

daver@roselawyers.com

**Joshua N. Rose**
ROSE & ROSE PC
josh@roselawyers.com

**Yuval Rubinstein**
ROSE & ROSE P.C.
yrubinstein@roselawyers.com

**David Weissbord Sanford**
SANFORD WITTELS & HEISLER LLP
dsanford@nydclaw.com,swittels@nydclaw.com,jchen@nydclaw.com,sgarcia@nydclaw.com,kwalsh@swhlegal.com,fwhiston@swhlegal.com,cdunn@nydclaw.com,jchen@swhlegal.com,lparker@nydclaw.com,jwipper@nydclaw.com,dmarcuse@nydclaw.com,fkatzir@nydclaw.com,jheisler@nydclaw.com

**Robert K. Stanley**
BAKER & DANIELS - Indianapolis
robert.stanley@bakerd.com,debra.taylor@bakerd.com

**George A. Stohner**
MORGAN LEWIS & BOCKIUS
gstohner@morganlewis.com

**Kristen L. Walsh**
SANFORD WITTELS & HEISLER, LLP
kwalsh@swhlegal.com,fwhiston@swhlegal.com